| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Cook, Deborah L. | 2. Court or Organization  U.S. Court of Appeals, 6th Cir | 3. Date of Report  04/24/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination,   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  433 U.S Courthouse 2 South Main Street Akron, OH 44308 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | CollegeScholars, Inc |
| 2. Trustee | Trust 1 (see Part VIII ) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | I am eligible for State of Ohio retirement benefits. |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 11 A 10: 17 FINANCIAL DISCLOSURE OFFICE

Cook_Deborah_L

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.).*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 04/24/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 04/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National City Bank Account | A | Interest | L | T | | | | | |
| 2. Citibank Bank Deposit Program | B | Interest | | | Transferred (to line 19) | 10/29 | M | | |
| 3. Ishares MSCI Emerging Mkts Index | B | Dividend | | | Sold (part) | 4/16 | K | D | |
| 4. IShares MSCI Emerging Mkts Index | | | | | Transferred (to line 5) | 10/29 | M | | |
| 5. IShares MSCI Emerging Mkts Index | B | Dividend | M | T | | | | | |
| 6. IShares TR MSCI EAFE Index fund | B | Dividend | | | Sold (part) | 4/16 | K | D | |
| 7. Ishares TR MSCI EAFE Index | | | | | Transferred (to line 8) | 10/29 | M | | |
| 8. Ishares TR MSCI EAFE Index Fund | B | Dividend | M | T | | | | | |
| 9. IShares TR S&P SM Cap 600 INDX Fund | A | Dividend | | | Sold (part) | 4/16 | K | C | |
| 10. IShares TR S&P SM CAP 600 Index Fund | | | | | Sold (part) | 4/16 | K | C | |
| 11. IShares TR & S&P SM Cap 600Index Fund | | | | | Transferred (to line 12) | 10/29 | M | | |
| 12. IShares TR & S&P SM Cap 600 Index Fund | A | Dividend | M | T | | | | | |
| 13. Western Asset Money Market Fund Class A | A | Dividend | | | Transferred (to line 24) | | | | |
| 14. Rydex S&P Equal Weight ETF | A | Dividend | | | Transferred (to line 15) | 10/29 | M | | |
| 15. Rydex S&P Equal WEight ETF | A | Dividend | M | T | | | | | |
| 16. Vangaurd Total Stock Mkt ETF | C | Dividend | | | Sold (part) | 4/16 | L | D | |
| 17. Vanguard Total Stock Mkt ETF | | | | | Transferred (to line 18) | 10/29 | M | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 04/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Total Stock Mkt ETF | B | Dividend | M | T | | | | | |
| 19. Honeywell International Inc | A | Dividend | K | T | Buy | 10/23 | J | | |
| 20. Johnson & Johnson | A | Dividend | K | T | Buy | 11/16 | K | | |
| 21. Pfizer Inc | A | Dividend | J | T | Buy | 10/23 | J | | |
| 22. Standard & Poors Midcap 400 | A | Dividend | | | Transferred (to line 23) | 10/29 | L | | |
| 23. Standard & Poors Midcap 400 | A | Dividend | L | T | | | | | |
| 24. Morgan Stanley Bank Deposit | A | Interest | M | T | | | | | |
| 25. AT&T | | None | J | T | Buy | 10/23 | J | | |
| 26. General Electric Co | | None | J | T | Buy | 10/23 | J | | |
| 27. IRA Bank Deposit | | None | M | T | | | | | |
| 28. - IShares TR MSCI EAFE Index FD | | None | K | T | Buy | 4/22 | K | | |
| 29. -Ishares TRFTSE XINHAU China | | None | M | T | Buy | 4/22 | M | | |
| 30. - Ipath MSCI India ETN | | None | K | T | Buy (add'l) | 4/22 | L | | |
| 31. - Pharmaceutical Holdrs Trust | | None | L | T | Buy (add'l) | 4/22 | L | | |
| 32. - SPDR DJ Wilshire Intl Real Estate | | | | | Buy | 4/22 | K | | |
| 33. - SPDR DJ Wilshire Intl Real Estate | | None | J | T | Buy (add'l) | 7/7 | J | | |
| 34. - US TSY Inflation Index NTS CPI 1.875% | | None | N | T | Buy (add'l) | 4/22 | L | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes:   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 04/24/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - US TSY Inflation Index NTS CPI 1.625% | | None | N | T | Buy (add'l) | 4/22 | N | | |
| 36. - IShares TR Lehman Aggregate | | None | O | T | Buy (add'l) | 4/22 | N | | |
| 37. - Western Asset High Incom | | None | N | T | Buy (add'l) | 4/22 | N | | |
| 38. - IShares IBOXX $ Investop | | None | N | T | Buy (add'l) | 4/22 | N | | |
| 39. - Rydex S&P Equal Weight ETF | | None | L | T | Buy (add'l) | 4/22 | L | | |
| 40. - Standard & Poors Midcap 400 | | None | K | T | | | | | |
| 41. - The New Ireland Fund Inc | | None | J | T | | | | | |
| 42. - Real Estate partnership held by keogh | B | Int./Div. | M | W | | | | | |
| 43. - Installment note holding industrial building as collateral | E | Interest | N | V | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 04/24/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I - Collegescholars, Inc is a charitable trust. The trust assets are held to fund college tuitions for the youngsters in our mentored scholarship program.

All assets of Trust 1 are in part VII.    Please note that my accounts had transferred from Citigroup Smith Barney to Morgan Stanley in October 2008.

Part VII:  Line 43 An installment note was added to the report in place of the industrial building because payments and interest are now being collected for the sale of the building.

There is only one IRA account listed for 2008 because I was the beneificary listed on ███████ IRA and he has passed away.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  5/8/09

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544